# United States District Court
## Northern District of Illinois
### Eastern Division

Sanchez, et al                            **JUDGMENT IN A CIVIL CASE**

        v.                                           Case Number: 12 C 9214

Boyd Gaming Corporation, et al

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that summary judgment is entered in favor of Defendant Boyd Gaming Corp and against Plaintiffs, Jessica Sanchez and Theresa Sanchez. Furthermore, Defendant Blue Chip's motion to dismiss pursuant to FRCP 12(b)(3) [27] is granted.

                                                          Thomas G. Bruton, Clerk of Court

Date: 7/26/2013                                _____
                                                       /s/ Yolanda Pagan, Deputy Clerk